| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 2:95-CR-47-1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* CR08-440 CW |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Quincy D. Johnson | DISTRICT MAINE | DIVISION |
| | NAME OF SENTENCING JUDGE D. Brock Hornby | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 10/6/2006   TO 10/5/2010 |

FILED
JUL - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| OFFENSE |
|---|
| Conspiracy to Possess with Intent to Distribute Five Grams of Cocaine Base; Possession with Intent to Distribute Five Grams of Cocaine Base |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_5/2/08_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of California

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_JUL - 1 2008_
Effective Date

_[signature]_
United States District Judge