1   BARRY J. PORTMAN
    Federal Public Defender
2   JOYCE LEAVITT
    Assistant Federal Public Defender
3   555 12th Street, Suite 650
    Oakland, CA 94607-3627
4   (510) 637-3500

5   Counsel for Defendant QUINCY JOHNSON

6

7

8
                        IN THE UNITED STATES DISTRICT COURT
9
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
    UNITED STATES OF AMERICA,                    )
12                                               )   No. CR 08-0440 CW
                            Plaintiff,           )
13                                               )   STIPULATION AND
                                                 )   ORDER CONTINUING SUPERVISED
14          v.                                   )   RELEASE VIOLATION
                                                 )   STATUS/HEARING DATE
15                                               )
    QUINCY JOHNSON,                              )
16                                               )
                            Defendant.           )
17  _____ )

18          IT IS HEREBY STIPULATED, by and between the parties to this action, that the supervised

19  release violation status/hearing date, currently set for Wednesday, September 16, 2009 at 2:30 p.m.

20  before Honorable Claudia Wilken, may be continued to Wednesday, October 7, 2009, at 2:30 p.m.

21  for admission and status or disposition.  The reason for the request is that Mr. Johnson was set to

22  appear in state court on September 2, 2009, to address the allegations which relate to the first charge

23  in the Amended Petition for Arrest Warrant for Offender under Supervision ("Form 12") but that

24  date has been continued to September 25, 2009.  It is anticipated that the matter in state court may be

25  disposed of on that date and Mr. Johnson is requesting that the hearing related to the charges

26

*United States v. Johnson*, CR 08-0440 CW;
Stip to Continue S.R. date                          - 1 -

1   included in the Form 12 be addressed after the state matter is resolved.  Counsel has spoken to

2   United States Probation Officer Myra Turner who has no objection to the continuance. She is

3   available should the Court continue the matter to October 7, 2009 at 2:30 p.m.

4

5   DATED: 9/16/09                          _____/s/_____

6                                           JOYCE LEAVITT
                                            Assistant Federal Public Defender
7

8

9   DATED: 9/16/09                          _____/s/_____

                                            GARTH HIRE
10                                          Assistant United States Attorney

11

12          I hereby attest that I have on file all holographed signatures for any signatures indicated by a
    conformed signature "/s/" within this e-filed document.
13

14                                        **ORDER**

15          GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the supervised release

16  violation status/hearing date, currently set for Wednesday, September 16, 2009 at 2:30 p.m. before
17
    Honorable Claudia Wilken, is continued to Wednesday, October 7, 2009, at 2:30 p.m. for admission
18
19  and status or disposition.

20          SO ORDERED.

21

22  DATED: September 16, 2009

23                                          _____
                                            HONORABLE CLAUDIA WILKEN
24                                          United States District Judge

25

26

*United States v. Johnson*, CR 08-0440 CW;
Stip to Continue S.R. date                        - 2 -